| Reference | | Civil Manual | Criminal Manual | Barred Filers List |
|---|---|---|---|---|
| | | Civil Events | Criminal Events | View Docket Sheet |

Basics

Submitted by:

Subject: Transferred case has been opened

```
CASE: 3:14-cv-00721

DETAILS: Case transferred from Louisiana Middle
has been opened in Northern District of Illinois - CM/ECF LIVE, Ver 6,1
as case 1:14-cv-10289, filed 12/23/2014.
```

Message:
Processed By:   Janice LeBlanc on 12/24/2014 07:54 AM
Problem By:     on
Completed By:   on

Item Status:
● Retrieved
○ Completed
○ Problem

Comments:
Additional Attachments:

Advanced